JAMAICA SAVINGS BANK, Appellant, v. ALBERT I. COHAN et al., Respondents, et al., Defendants.—

744

Munder, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.